UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RICARDO WIMBERLY,

Plaintiff,

v.

AUDREY STEVENS, et al.,

Defendants.
______________________________/

Case No. 1:25-cv-1145

HON. JANE M. BECKERING

# ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants Gary Trefil (named as Unknown Trefil) and Jason Brock (named as Unknown Brock) filed a Motion for Summary Judgment on the basis of exhaustion (ECF No. 16). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 28) on August 3, 2026, recommending that this Court deny the motion. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 28) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 16) is DENIED.

Dated: September 8, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge